UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY;<br>TWENTY-FIRST CENTURY FOX, INC.<br><br>                 Defendants. | Case No. 18-cv-05800<br><br>**NOTICE OF APPEARANCE**<br><br><br>**ECF CASE** |

      PLEASE TAKE NOTICE that Andrew A. Ruffino, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendant The Walt Disney Company in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

           Andrew A. Ruffino
           COVINGTON & BURLING LLP
           The New York Times Building
           620 Eighth Avenue
           New York, New York 10018-1405
           (212) 841-1000
           aruffino@cov.com

Dated: New York, New York
       June 27, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By:   <u>s/Andrew A. Ruffino</u>
       Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

*Attorney for Defendant The Walt Disney Company*