UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>   v.<br><br>THE WALT DISNEY COMPANY and TWENTY-FIRST CENTURY FOX, INC.,<br><br>   *Defendants*. | Case No. 1:18-cv-05800<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kenneth S. Reinker, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendant Twenty-First Century Fox, Inc., in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

>Kenneth S. Reinker
>CLEARY GOTTLIEB STEEN & HAMILTON LLP
>2000 Pennsylvania Avenue, N.W.
>Washington, D.C.  20006
>kreinker@cgsh.com
>202-974-1743

Dated:  June 27, 2018
        Washington, D.C.

Respectfully submitted,

*/s/ Kenneth S. Reinker*
Kenneth S. Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
T: 202-974-1743
F: 202-974-1999

*Attorney for Defendant Twenty-First Century Fox, Inc.*