UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY and TWENTY-FIRST CENTURY FOX, INC.,<br><br>*Defendants*. | Case No. 1:18-cv-05800 |

**RULE 7.1 STATEMENT OF DEFENDANT TWENTY-FIRST CENTURY FOX, INC.**

Defendant Twenty-First Century Fox, Inc., through its undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1(a).

Defendant Twenty-First Century Fox, Inc., is a publicly held corporation. Twenty-First Century Fox, Inc., has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: June 27, 2018
Washington, D.C.

Respectfully submitted,

*/s/ Kenneth S. Reinker*
Kenneth S. Reinker
George S. Cary (*pro hac vice* application forthcoming)
Tara Lynn Tavernia (*pro hac vice* application forthcoming)
kreinker@cgsh.com
gcary@csgh.com
ttavernia@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-974-1500
F: 202-974-1999

*Attorneys for Defendant Twenty-First Century Fox, Inc.*