UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY;<br>TWENTY-FIRST CENTURY FOX, INC.<br><br>Defendants. | Case No. 18-cv-05800<br><br><br>ECF CASE |

**RULE 7.1 STATEMENT OF DEFENDANT
THE WALT DISNEY COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant The Walt Disney Company states as follows:

The Walt Disney Company, a publicly held corporation, has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

<div style="display: flex;">

Dated: New York, New York
      June 28, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

s/Andrew A. Ruffino
Andrew A. Ruffino
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

Thomas O. Barnett (tbarnett@cov.com) *pro hac vice application forthcoming)*
Anne Y. Lee (alee@cov.com)
James R. Dean (jdean@cov.com)
Megan E. Gerking (mgerking@cov.com) (*pro hac vice application forthcoming*)
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

Kenneth Newman (Ken.Newman@disney.com)
Associate General Counsel and Assistant Secretary
The Walt Disney Company
77 West 66th Street, 15th Floor
New York, NY 10023
(212) 456-6080

*Attorneys for Defendant The Walt Disney Company*

</div>