UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY;<br>TWENTY-FIRST CENTURY FOX, INC.<br><br>     Defendants. | Case No. 18-cv-05800<br><br>ECF CASE |

**MOTION FOR ADMISSION PRO HAC VICE**

  Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Thomas O. Barnett hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for The Walt Disney Company in the above-captioned action.

  I am a member in good standing of the bars of the District of Columbia and the State of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

  Dated: July 9, 2018

            Respectfully submitted,

            <u>/s/ Thomas O. Barnett</u>
            Thomas O. Barnett
            Covington & Burling LLP
            One CityCenter
            850 Tenth Street NW
            Washington DC 20001
            (202) 662-6000
            tbarnett@cov.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY;<br>TWENTY-FIRST CENTURY FOX, INC.<br><br>                Defendants. | Case No. 18-cv-05800<br><br>ECF CASE |

## DECLARATION OF THOMAS O. BARNETT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, THOMAS O. BARNETT, hereby declare as follows:

1. I make this declaration pursuant to Local Rule 1.3(c) of the United States District Courts for the Southern and Eastern Districts of New York in support of my motion for my admission pro hac vice to this Court in the above-captioned matter.

2. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of Maryland and the District of Columbia.

3. There are no disciplinary proceedings against me in any State or Federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. Therefore I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in this case for Defendant The Walt Disney Company.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2018.

Thomas O. Barnett
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington DC 20001
(202) 662-6000
tbarnett@cov.com

*Counsel to Defendant The Walt Disney Company*

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Thomas O. Barnett*

was duly qualified and admitted on **February 1, 1991** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 28, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1989,

### Thomas Overton Barnett

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty ninth day of June, 2018.

*Bessie M. Decker*

Clerk of the Court Of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY;<br>TWENTY-FIRST CENTURY FOX, INC.<br><br>Defendants. | Case No. 18-cv-05800<br><br><br>ECF CASE |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Thomas O. Barnett for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Maryland; and that his contact information is as follows:

> Thomas O. Barnett
> Covington & Burling LLP
> One CityCenter
> 850 Tenth Street NW
> Washington DC 20001
> (202) 662-6000
> tbarnett@cov.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for The Walt Disney Company in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                           _____

                                                United States District Judge