**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.

THE WALT DISNEY COMPANY and
TWENTY-FIRST CENTURY FOX, INC.,

    *Defendants*.

Case No. 1:18-cv-05800

**MOTION FOR ADMISSION PRO HAC VICE**

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, George S. Cary, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Twenty-First Century Fox, Inc. in the above-captioned action.

  As set out in the attached declaration, I am in good standing of the bars of the state of California and the District of Columbia, there are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: July 9, 2018

       Washington, D.C.

                    Respectfully submitted,

                    */s/  George S. Cary*
                    George S. Cary
                    (gcary@cgsh.com)
                    Cleary Gottlieb Steen & Hamilton LLP
                    2000 Pennsylvania Avenue, N.W.
                    Washington, DC 20006
                    Telephone:  (202) 974-1500
                    Facsimile:  (202) 974-1999

                    *Counsel for Defendant Twenty-First Century Fox, Inc.*

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY and<br>TWENTY-FIRST CENTURY FOX, INC.,<br><br>*Defendants*. | Case No. 1:18-cv-05800 |

## DECLARATION OF GEORGE S. CARY IN SUPPORT OF MOTION FOR

## ADMISSION PRO HAC VICE

I, George S. Cary, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP.

2.      I respectfully submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3.      There are no pending disciplinary proceedings against me in any state or federal court.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the state of California and the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2018 in Washington, District of Columbia.

*/s/  George S. Cary*
George S. Cary
(gcary@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999

*Counsel for Defendant Twenty-First Century Fox, Inc.*



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *GEORGE STEPHEN CARY*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that GEORGE STEPHEN CARY, #73858, was on the 22nd day of December 1976, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 28th day of June 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*F. Coello, Deputy Clerk*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*George S. Cary*

was duly qualified and admitted on **November 19, 1979** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of Washington,**
**D.C., on June 28, 2018.**

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE WALT DISNEY COMPANY and
TWENTY-FIRST CENTURY FOX, INC.,

*Defendants.*

Case No. 1:18-cv-05800

---

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of George S. Cary for admission to practice Pro Hac Vice in the above-caption action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

> George S. Cary
> (gcary@cgsh.com)
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Avenue, N.W.
> Washington, DC 20006
> Telephone:  (202) 974-1500
> Facsimile:  (202) 974-1999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Twenty-First Century Fox, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge