UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY and<br>TWENTY-FIRST CENTURY FOX, INC.,<br><br>        *Defendants*. | Case No. 1:18-cv-05800 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tara L. Tavernia, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Twenty-First Century Fox, Inc. in the above-captioned action.

As set out in the attached declaration, I am in good standing of the bars of the state of Virginia and the District of Columbia, there are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: July 9, 2018

    Washington, D.C.

        Respectfully submitted,

        */s/ Tara L. Tavernia*
        Tara L. Tavernia
        (ttavernia@cgsh.com)
        Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Avenue, N.W.
        Washington, DC 20006
        Telephone: (202) 974-1500
        Facsimile: (202) 974-1999

        *Counsel for Defendant Twenty-First Century Fox, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY and TWENTY-FIRST CENTURY FOX, INC.,<br><br>*Defendants*. | Case No. 1:18-cv-05800 |

# **DECLARATION OF TARA L. TAVERNIA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Tara L. Tavernia, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP.

2. I respectfully submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned action.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the state of Virginia and the District of Columbia.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2018 in Washington, District of Columbia.

                                                       */s/  Tara L. Tavernia*
                                                       Tara L. Tavernia
                                                       (ttavernia@cgsh.com)
                                                       Cleary Gottlieb Steen & Hamilton LLP
                                                       2000 Pennsylvania Avenue, N.W.
                                                       Washington, DC 20006
                                                       Telephone:  (202) 974-1500
                                                       Facsimile:  (202) 974-1999

                                                       *Counsel for Defendant Twenty-First Century Fox, Inc.*

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Tara Lynn Tavernia

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Tara Lynn Tavernia is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 29th day of June

A.D. 2018

By: _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Tara Lynn Tavernia*

was duly qualified and admitted on **August 5, 2013** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 28, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

THE WALT DISNEY COMPANY and
TWENTY-FIRST CENTURY FOX, INC.,

*Defendants*.

Case No. 1:18-cv-05800

---

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Tara L. Tavernia for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

    Tara L. Tavernia
    (ttavernia@cgsh.com)
    Cleary Gottlieb Steen & Hamilton LLP
    2000 Pennsylvania Avenue, N.W.
    Washington, DC 20006
    Telephone:  (202) 974-1500
    Facsimile:  (202) 974-1999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Twenty-First Century Fox, Inc. in the above-entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge