UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY and<br>TWENTY-FIRST CENTURY FOX, INC.,<br><br>*Defendants*. | Case No. 1:18-cv-05800<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/10/18 |

[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE

The motion of Tara L. Tavernia for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Virginia and the District of Columbia; and that her contact information is as follows:

Tara L. Tavernia
(ttavernia@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Twenty-First Century Fox, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 10, 2018

_____

United States District/~~Magistrate Judge~~

2