UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY, and TWENTY-FIRST CENTURY FOX, INC.,<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05800 |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel on behalf of Plaintiff United States of America.

Dated: July 23, 2018

By: /s/ Lowell R. Stern

Lowell R. Stern
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8700
Washington, DC 20530
Telephone: (202) 514-3676
Fax: (202) 514-7308
Lowell.stern@usdoj.gov
*For Plaintiff United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of this Notice of Appearance to be served via the Court's ECF System upon the following Parties:

Dated: July 23, 2018

<u>For Defendant The Walt Disney Company</u>

Andrew A. Ruffino
Covington & Burling LLP
620 Eighth Avenue
New York, New York 10018
(212) 841-1087

<u>For Defendant Twenty-First Century Fox, Inc.</u>

Kenneth S. Reinker
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1743