

U.S. Department of Justice

Antitrust Division

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/18

Liberty Square Building

450 5th Street, N.W.
Washington, DC 20001

**By ECF**

August 24, 2018

The Honorable Colleen McMahon
Chief Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

*Colleen M. McM*
8/24/18

    Re:   *United States v. The Walt Disney Company, et al.*, 18 Civ. 5800 (CM);
Joint Motion to Request the Adjournment of the Initial Pretrial Conference and Stay Further Proceedings

Dear Chief Judge McMahon:

    The Parties respectfully move to adjourn the Initial Pretrial Conference scheduled for September 7, 2018 at 11:30 am and to stay further proceedings pending the resolution of the procedure required by the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h) (the "APPA"). The Parties filed a joint letter to Your Honor on August 7, 2018, requesting the Court sign the Hold Separate Stipulation and Order jointly proposed by the Parties, cancel the Initial Pretrial Conference, and conclude that a civil case management plan is not necessary in this case (Docket Entry 20). The Parties' previous request was neither granted nor denied.

    Statutory procedures in the APPA govern the entry of the proposed Final Judgement, as described more fully in the Explanation of Consent Decree Procedures filed on June 28, 2018 (Docket Entry 3). The APPA requires a public notice and sixty-day comment period before the United States may ask the Court to enter the proposed Final Judgment. On August 15, 2018, the United States published the proposed Final Judgment and Competitive Impact Statement in the *Federal Register*, 83 F.R. 40553 (Exhibit A). From August 13 to 19, 2018, the required newspaper notices appeared in the New York Times (Exhibit B) and the Washington Post (Exhibit C). Upon completion of the two notice procedures, the sixty-day comment period required by the APPA has commenced. The requested adjournment will have no effect on the Parties' ability to meet their obligations under the APPA or any other dates in this matter.

    In light of the fact that the case was filed along with a proposed settlement and the statutory requirement to follow the APPA's procedures, the Parties respectfully submit that a stay of further proceedings pending the completion of the APPA process would contribute to the efficient management of the case.

The Parties are available to answer any questions the Court may have regarding this motion.

Respectfully submitted,

*Thomas O. Barnett* /mg 8/23/18

Thomas O. Barnett
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4925
Tel: 202-662-5407
tbarnett@cov.com

Counsel for The Walt Disney Company

*George S. Cary*

George S. Cary
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-974-1920
gcary@cgsh.com

Counsel for Twenty-First Century Fox, Inc.

Respectfully submitted,

*Lowell R. Stern*

Lowell R. Stern
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8700
Washington, DC 20530
Tel: 202-514-3676
lowell.stern@usdoj.gov

Counsel for the United States