UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WALT DISNEY COMPANY and<br>TWENTY-FIRST CENTURY FOX, INC.,<br><br>*Defendants*. | Case No. 1:18-cv-05800 |

**FILING AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)
BY TWENTY-FIRST CENTURY FOX, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Twenty-First Century Fox, Inc. ("21CF"), by its attorneys, submits this filing regarding all written or oral communications by or on behalf of 21CF with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment in this action. In accordance with Section 2(g), this filing does not include communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

On June 24, 2018, outside counsel for 21CF, outside counsel for The Walt Disney Company, and Justin Warbrooke and Kenneth Newman of The Walt Disney Company participated in a telephone conference with employees of the Antitrust Division of the Department of Justice to discuss the proposed divestiture remedy.

To the best of 21CF's knowledge, after appropriate inquiry, there have not been other written or oral communications by or on behalf of 21CF with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment, except for communications

among outside counsel of record alone and the Attorney General or the employees of the Department of Justice alone.

21CF hereby certifies that this filing is the filing required by 15 U.S.C. § 16(g) and that this filing is a true and complete description of relevant communications known to 21CF or of which 21CF reasonably should have known.

Dated: September 12, 2018
       Washington, D.C.

Respectfully submitted,

*/s/ Kenneth S. Reinker*
Kenneth S. Reinker
George S. Cary (*pro hac vice*)
Tara Lynn Tavernia (*pro hac vice*)
kreinker@cgsh.com
gcary@csgh.com
ttavernia@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
T: 202-974-1500
F: 202-974-1999

*Attorneys for Defendant Twenty-First Century Fox, Inc.*