# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>THE WALT DISNEY COMPANY, and<br>TWENTY-FIRST CENTURY FOX, INC.,<br><br>　　　　　　　　*Defendants*. | 18 Civ. 5800 (CM) (KNF) |

## JOINT MOTION FOR ENTRY OF HOLD SEPARATE STIPULATION AND ORDER

The United States and Defendants The Walt Disney Company ("Disney") and Twenty-First Century Fox, Inc. ("Fox") jointly move the Court for entry of the Hold Separate Stipulation and Order filed on June 27, 2018 (Exhibit 1 to this motion, previously docketed as Attachment #2 to the Notice of Explanation of Consent Decree Procedures).  The parties respectfully request the Court to enter the Hold Separate Stipulation and Order on the following grounds:

1.　　On June 27, 2018, the United States filed a civil antitrust Complaint related to Disney's acquisition of certain Fox assets.  The parties simultaneously filed a Proposed Final Judgment that would settle the case by requiring Disney to divest certain assets in the markets where the United States has competitive concerns.

2.　　The Proposed Final Judgment cannot be entered until completion of the public notice and comment period required by the Antitrust Procedures and Penalties Act ("APPA", 15 U.S.C. § 16(b)–(h)), as explained in Plaintiff United States' Notice of Explanation of Consent Decree Procedures.

3. The Hold Separate Stipulation and Order, which the parties now move the Court to enter, requires that the assets to be divested be kept separate, competitive, and economically viable during the pendency of the notice and comment period, and helps ensure compliance with the provisions of the Proposed Final Judgment pending its entry by the Court.

4. The Hold Separate Stipulation and Order will help facilitate and expedite the divestitures required by the Proposed Final Judgment. The APPA does not impose any requirements that must be followed before the Court may enter this Order.

For all of the foregoing reasons, the undersigned parties respectfully request entry of the Hold Separate Stipulation and Order.

Dated: September 13, 2018

Respectfully submitted,

*Thomas Barnett* TB
Thomas O. Barnett
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4925
Tel: 202-662-5407
tbarnett@cov.com

Counsel for The Walt Disney Company

Respectfully submitted,

*Lowell R. Stern*
Lowell R. Stern
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8700
Washington, DC 20530
Tel: 202-514-3676
lowell.stern@usdoj.gov

Counsel for the United States

*Kenneth Reinker*
Kenneth S. Reinker
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-974-1743
kreinker@cgsh.com

Counsel for Twenty-First Century Fox, Inc.