UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America        Plaintiff,         Case No. 18-5800-CM

-against-

The Walt Disney Company, and
Twenty-First Century Fox, Inc.    Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Tara Lynn Tavernia**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cleary Gottlieb Steen & Hamilton LLP
             FIRM ADDRESS: 2000 Pennsylvania Ave NW, Washington, DC 20006
             FIRM TELEPHONE NUMBER: +1 202 974 1500
             FIRM FAX NUMBER: +1 202 974 1999

NEW FIRM:    FIRM NAME: Cleary Gottlieb Steen & Hamilton LLP
             FIRM ADDRESS: 2112 Pennsylvania Ave NW, Suite 1000, Washington, DC 20037
             FIRM TELEPHONE NUMBER: +1 202 974 1500
             FIRM FAX NUMBER: +1 202 974 1999

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/05/2018

ATTORNEY'S SIGNATURE