## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, and<br>TWENTY-FIRST CENTURY FOX, INC.,<br><br>                *Defendants*. | 18 Civ. 5800 (CM) (KNF) |

## **NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff United States of America.

Dated:   April 5, 2019

                                                */s/ Lauren G.S. Riker*
                                                Lauren G.S. Riker
                                                U.S. Department of Justice
                                                Antitrust Division
                                                Media, Entertainment, and Professional
                                                Services Section
                                                450 Fifth Street, NW, Suite 4000
                                                Washington, DC 20530
                                                Phone: (202) 598-2812
                                                Facsimile: (202) 514-7308
                                                E-mail: lauren.riker@usdoj.gov

                                                *Attorney for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I caused a true and correct copy of this Notice of Appearance to be served upon the parties of record via the Court's ECF system.

Dated: April 5, 2019

                                            */s/ Lauren G.S. Riker*
                                            Lauren G.S. Riker
                                            U.S. Department of Justice
                                            Antitrust Division
                                            Media, Entertainment, and Professional Services Section
                                            450 Fifth Street, NW, Suite 4000
                                            Washington, DC 20530
                                            Phone: (202) 598-2812
                                            Facsimile: (202) 514-7308
                                            E-mail: lauren.riker@usdoj.gov

                                            *Attorney for United States of America*